UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSE DOUGLASS, et al.,<br>                    Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1: 10-cv-03236-WBH |
| DELANOR, KEMPER & ASSOCIATES,<br>                    Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to obey a lawful order of the court pursuant to Local Rule 41.3A(2).

Dated at Atlanta, Georgia, this 8th day of January, 2013.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Traci Clements Campbell
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
        January 8, 2013
James N. Hatten
Clerk of Court

By: s/Traci Clements Campbell
        Deputy Clerk